# EXHIBIT  1

**Whois Record** ( last updated on 2023-12-04 )

```
Domain name: peratons.com
Registry Domain ID: 2828030607_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2023-11-07T23:54:18.00Z
Registrar Registration Expiration Date: 2024-11-07T23:54:18.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTra
nsferProhibited
Domain Status: clientHold https://icann.org/epp#clientHold
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Priva
cy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: 676c5aeac8d74e2b8c3172c0c547bad9.protect@withheldforprivacy.com
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy eh
f
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: 676c5aeac8d74e2b8c3172c0c547bad9.protect@withheldforprivacy.com
```

Registry Tech ID:
Tech Name: Redacted for Privacy
Tech Organization: Privacy service provided by Withheld for Privacy ehf
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: 676c5aeac8d74e2b8c3172c0c547bad9.protect@withheldforprivacy.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.inte
rnic.net/
For more information on Whois status codes, please visit https://icann.
org/epp