# EXHIBIT 2

**From:** Graham Holmes (PERATON) <graham.holmes@peratons.com>
**Sent:** Thursday, November 9, 2023 11:09 AM
**To:** Lori S. Williams <LSWilliams@goldenkeygroup.com>
**Cc:** Komal Mittal <KMittal@goldenkeygroup.com>; Anthony 'Tony' Meadows <AMeadows@goldenkeygroup.com>; Andrea Vavonese <andrea.vavonese@peratons.com>
**Subject:** RE: Golden Key Group LLC Department of Commerce Contract - Payments to Subcontractors Status Update - October 23, 2023

Hi Lori,
Thanks for the update, attached you'll find our updated payment instruction as we have previously submitted it with Tony. Please let me know if you need anything else.
Thank you,

**Graham Holmes**
Senior Principal Contract Administrator
Contracts
Office: (513) 838-5392

### DO THE CAN'T BE DONE.



Peraton

---- On Thu, 09 Nov 2023 07:54:23 -0800 **Lori S. Williams <LSWilliams@goldenkeygroup.com>** wrote ---

Good morning Graham, please send over your updated payment information so that I can update our system. I do not have a firm date of our next payment, but I would like to be ready to avoid any delays.

Thank you!


**Lori Williams** | Senior Accountant
**Golden Key Group, LLC**
**Email:** lswilliams@goldenkeygroup.com | **Web:** www.goldenkeygroup.com
**Office:** 703█████████


**From:** Graham Holmes (PERATON) <graham.holmes@peratons.com>
**Sent:** Wednesday, November 8, 2023 1:26 PM
**To:** Komal Mittal <KMittal@goldenkeygroup.com>; Lori S. Williams <LSWilliams@goldenkeygroup.com>
**Cc:** Anthony 'Tony' Meadows <AMeadows@goldenkeygroup.com>; Andrea Vavonese (PERATON) <andrea.vavonese@peratons.com>
**Subject:** RE: Golden Key Group LLC Department of Commerce Contract - Payments to Subcontractors Status Update - October 23, 2023

Good afternoon Komal and Lori,
Checking on the previous email regarding the change in our payment instructions, please advise so we can submit our updated banking details for payment processing.

Thank you,

**Graham Holmes**
Senior Principal Contract Administrator
Contracts
Office: (513) 838-5392
**DO THE CAN'T BE DONE.**



---- On Wed, 08 Nov 2023 07:11:48 -0800 **Graham Holmes (PERATON) <graham.holmes@peratons.com>** wrote ---

Hi Lori & Tony

Just a routine check on the overdue invoices, Also please be advised that our payment instructions have recently changed and we are requesting that all further payments to be processed electronically using our updated details. Could you please confirm if you can get this setup/updated for us so we can submit our updated ACH/Wire instructions for processing?

Please advise confirm email upon receipt.

Thank you,

**Graham Holmes**
Senior Principal Contract Administrator
Contracts
Office: (513) 838-5392
**DO THE CAN'T BE DONE.**



**From:** Holmes, Graham (PERATON) <Graham.Holmes@peraton.com>
**Sent:** Wednesday, November 1, 2023 4:53 PM
**To:** Anthony 'Tony' Meadows <AMeadows@goldenkeygroup.com>; Gretchen McCracken <gmccracken@goldenkeygroup.com>; Michael Rogers <MRogers@goldenkeygroup.com>
**Subject:** RE: Golden Key Group LLC Department of Commerce Contract - Payments to Subcontractors Status Update - October 23, 2023

Good afternoon Tony,

Is there any update on the outstanding invoices. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮


Thanks,

Graham Holmes
Peraton Contracts

**From:** Anthony 'Tony' Meadows <AMeadows@goldenkeygroup.com>
**Sent:** Monday, October 23, 2023 11:19 AM
**To:** Anthony 'Tony' Meadows <AMeadows@goldenkeygroup.com>; Gretchen McCracken <gmccracken@goldenkeygroup.com>; Michael Rogers <MRogers@goldenkeygroup.com>
**Subject:** [EXTERNAL] RE: Golden Key Group LLC Department of Commerce Contract - Payments to Subcontractors Status Update - October 23, 2023
**Importance:** High

Good Morning,

Last week, Golden Key Group LLC (GKG) sent you a communication with an update on an ▮▮▮▮

**Anthony (Tony) Meadows**
**Sr. Contracts Specialist**
**Golden Key Group**
**Office:** ▮▮▮▮ | **Direct: 703.**▮▮▮▮
**Email: ameadows@goldenkeygroup.com | Web: www.goldenkeygroup.com**

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please immediately delete it from your system and notify the sender you have done so. If you are not the named addressee you should not disseminate, distribute, or copy this e-mail and are hereby notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.