IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PERATON INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:23-cv-1649 |
| ) | |
| peratons.com, a domain name, ) | |
| ) | |
| -and- ) | |
| ) | |
| JOHN DOE, ) | |
| ) | |
| Defendants. ) | |

**L.R. 7.1 DISCLOSURE**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Peraton Inc. in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Dated: December 5, 2023.

Respectfully submitted,


 /s/ Timothy B. Hyland
Timothy B. Hyland (VSB No. 31163)
Counsel for Peraton Inc.
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, VA 20190
(703) 956-3566 (Tel.)
(703) 935-0349 (Fax)
thyland@hylandpllc.com


 /s/ Jamie M. Hertz
Jamie M. Hertz (VSB No. 71731)
Counsel for Peraton Inc.
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, VA 20190
(703) 956-3566 (Tel.)
(703) 935-0349 (Fax)
jhertz@hylandpllc.com