UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PERATON, INC.,

*Plaintiff,*

v.

PERATONS.COM, *et al.*,

*Defendant.*

1:23-cv-01649 (MSN/IDD)

### ORDER

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge Ivan D. Davis on March 22, 2024 (ECF 28) ("Recommendation").[1] Having reviewed the record and Judge Davis' Recommendation, and finding good cause to do so, the Court will adopt the Recommendation. Accordingly, it is hereby

**ORDERED** that the Recommendation is **APPROVED** and **ADOPTED** in full; it is further

**ORDERED** that Plaintiff's Motion for Default Judgment (ECF 24) is **GRANTED**; it is further

**ORDERED** that NameCheap Inc. change the registrant of the Domain Name to Peraton or Peraton's designee; and it is further

**ORDERED** that, if NameCheap Inc. fails to do so within 60 days, that VeriSign, Inc. be ordered to transfer the registrar of record of the Domain Name to a registrar of Peraton's choosing, who shall then take the necessary steps to change the registrant of the Domain Name to Peraton.

---

[1] Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline to submit any objections to Judge Davis' Recommendation was April 5, 2024. Because no such objections have been filed, the Court embraces Judge Davis' analysis without reservation.

1

The Clerk of Court is directed to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure.

It is **SO ORDERED**.

/s/
Michael S. Nachmanoff
United States District Judge

Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
April 17, 2024